Case Number : Re: 1:21-cv-02060

Case name : Prather v. Illinois Bell Telephone Company, LLC.

Counsel : Pro Se, Monique Prather

**FILED**

NOV 22 2021 CR

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Docket : Initial Disclosure -

Plaintiff filed suit because EEOC investigated & determined a violation of the Americans With Disability Act occurred by her then employer , at&t. Specifically , a Supervisor did not provide the correct doctor ordered lumbar chair for Plaintiff to perform work functions. Plaintiff seeks recompense of (7) years salary to settle the loss and this matter.

## Expert testimony:

Upon request , however at this time Pro Se. counsel cannot afford to

Pay any funds because Plaintiff had surgery September 28, 2021. The intentional acts of not providing correct lumbar chair for a 42% Back, armpit, shoulder & left side of throat & ear still impacts her health and a $12,000 balance is outstanding & draining resources. That debt must be satisfied before Plaintiff can garner experts. The following experts have not be contacted nor conclusive of full list of medical team:

Dr Elise Torczynski -Jacobson

Flozell Davidson, RN

Dr Elligan, pain psychologist

David Brooks, medical assistant

Raheem Carter, caretaker



Witnesses:

(44) co-workers who witnessed Plantiff discomfort, pain & courage. However, Plaintiff still has the mindset of Company girl & does not wish for acts of retaliation that befalls an active employee of at&t if they would testify. Plaintiff will rely on (3) photos of the chairs until more can be revealed & documentation from EEOC that initiated the right to Sue.

Pro Se begs Court for mercy to accept disclosure albeit riddled with error & lack of legal knowledge and training.

In Good Faith,

Monique Prather, Pro Se & Plaintiff

Signed : *[signature]*

11/22/2021

③ last page